IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

KENNETH HERSHEY,

        Plaintiff,

v.

KLAMATH COUNTY SHERIFF
CHRIS KABER, CIRCUIT COURT
JUDGE ANDREA JANNEY,

        Defendants.

Case No. 1:18-cv-01888-CL

OPINION AND ORDER

**MCSHANE, Judge**:

        Magistrate Judge Mark D. Clarke filed a Report & Recommendation ("R&R"), ECF No. 29, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Plaintiff timely filed objections to the R&R. ECF No. 31. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(C); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude that the report is correct. Judge Clark's R&R is adopted in full. Defendants' motions to dismiss with prejudice, ECF Nos. 11, 13, 15, are GRANTED and this case DISMISSED with prejudice. Plaintiff's motion for judicial notice, ECF No. 28, is DENIED.

        IT IS SO ORDERED.

        DATED this 13th day of June, 2019.

                /s/ Michael McShane_____
                Michael J. McShane
                United States District Judge